*MHN*

# In The United States District Court
# For The Northern District Of Illinois
# Eastern Division

| | |
|---|---|
| Commodity Futures Trading Commission, | 07CV 7002 |
| Plaintiff, | JUDGE LEFKOW |
| v. | MAGISTRATE JUDGE KEYS |
| One World Capital Group, LLC **and** | **FILED** |
| John Edward Walsh, | DEC 1 3 2007 |
| Defendants. | 12-13-2007 JUDGE JOAN H. LEFKOW UNITED STATES DISTRICT COURT |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, plaintiff Commodity Futures Trading Commission ("Commission"), requests that this Court issue an order of preliminary injunction against Defendants One World Capital Group, LLC ("One World") and John Edward Walsh ("Walsh"), enjoining them from committing further violations of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §§ 1, *et seq.* (2002), and Regulations thereunder, 17 C.F.R. §§ 1 *et seq.* (2007), and providing for an order freezing assets of One World, preserving documents, permitting the inspection of records, and other equitable relief.

In support of this motion, Plaintiff submits its Brief in Support of Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order and Preliminary Injunction, and exhibits thereto.

One World and Walsh have engaged, and continue to engage, in activities which violate Sections 4f(a) and (b) of the Act, 7 U.S.C. §§ 6f(a)& (b) (2002), and Commission Regulations ("Regulations") 1.17(a)(4) and 1.18, 17 C.F.R. §§ 1.17(a)(4) and 1.18 (2007).  Specifically, they

are unable to demonstrate compliance with the minimum adjusted net capital requirement of $1,000,000 applicable to FCMs that act as FDMs, and they failed to provide required books and records to the NFA and Commission staff. Such violations are likely to continue unless restrained by the Order herein requested. Immediate relief is also appropriate and necessary to prevent the dissipation of assets and the destruction of records, so as to ensure the plaintiff's ability to obtain full and complete relief upon final adjudication of this action.

WHEREFORE, plaintiff Commission respectfully requests that the Court enter an Order of Preliminary Injunction.

Date: December 13, 2007                    Respectfully submitted,

Jennifer S. Diamond, Trial Attorney
Elizabeth M. Streit, Trial Team Leader
Scott R. Williamson, Deputy Regional Counsel
Rosemary Hollinger, Associate Director
Commodity Futures Trading Commission
525 W. Monroe St., Suite 1100
Chicago, IL 60661
(312) 596-0549 (Diamond)
(312) 596-0714 facsimile
*jdiamond@cftc.gov*