# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7002 | **DATE** | 12/13/2007 |
| **CASE TITLE** | Commodity Futures Trading Commission vs. One World Capital Group, LLC, et al. | | |

## DOCKET ENTRY TEXT

Motion hearing held. Plaintiff's motion for ex parte statutory restraining order is granted. Enter Ex Parte Statutory Restraining Order. Plaintiff's motion for expedited discovery is granted. Enter Order Granting Motion For Expedited Discovery. Plaintiff's motion for preliminary injunction is set for hearing on 12/18/2007 at 2:00 p.m.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | MD |
|---|---|---|