In The United States District Court
For The Northern District Of Illinois
Eastern Division

| | |
|---|---|
| **Commodity Futures Trading Commission,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**One World Capital Group, LLC** and **John Edward Walsh,**<br><br>　　　　　Defendants. | Civil Action No. 07C 7002 |

## [Proposed] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY

Plaintiff Commodity Futures Trading Commission ("Commission"), has filed a Complaint for preliminary and permanent injunction and other relief, and moved for an *Ex Parte* Statutory Restraining Order pursuant to Section 6c of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. § 13a-1. The Commission has also moved for expedited discovery pursuant to Rules 30(a), 30(b)(2) and 45 of the Federal Rules of Civil Procedure.

THE COURT FINDS that because of the nature of the situation, expedited discovery will permit the Commission to discover the existence and location of assets and books and records, and to prepare for such hearings as the Court may conduct in this matter.

IT IS THEREFORE ORDERED that the Commission's motion is granted and it is authorized to conduct expedited discovery in this matter.

IT IS FURTHER ORDERED that depositions of the parties shall be taken upon two(2) days business notice, and document production requests shall be responded to within two(2)

business days. Nonparties shall be given seven(7) days notice for depositions and document requests or subpoenas.

Date Entered: _12-13-07_                    _____
                                            United States District Court Judge