Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7002 | **DATE** | 12/18/2007 |
| **CASE TITLE** | Commodity Futures Trading Commission vs. One World Capital Group, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order Extending Ex Parte Statutory Restraining Order. Ex Parte Statutory Restraining Order is continued to 2/7/2008 at 10:00 a.m. Hearing on plaintiff's motion for preliminary injunction [8] is reset and continued to 2/7/2008 at 10:00 a.m. Order granting motion for expedited discovery shall remain in full force and effect until further order of court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|