

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Commodity Futures Trading Commission,** | ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 7002 |
| v. | ) ) ) | **District Judge Lefkow** **Magistrate Judge Keys** |
| **One World Capital Group, LLC and John Edward Walsh,** | ) ) ) ) | |
| Defendants. | ) ) | |

### AGREED ORDER EXTENDING *EX PARTE* STATUTORY RESTRAINING ORDER

This matter coming before the Court for hearing on Plaintiff's Motion for Preliminary Injunction, the court having previously entered an *ex parte* Statutory Restraining Order on December 13, 2007, pursuant to Section 6c of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C §13a-1(2002) (the "SRO") and the Court being advised by the undersigned counsel of record that the parties have agreed to extend the SRO to allow both sides to conduct discovery and adequately prepare for and conduct a hearing on Plaintiff's Motion for Preliminary Injunction, **IT IS HEREBY ORDERED THAT:**

1. This Court's *ex parte* Statutory Restraining Order entered on December 13, 2007, and all relief provided therein, is and shall be extended to February _7_, 2008 at _10:00 am_.

2. Plaintiff's pending Motion for Preliminary Injunction is continued to February _7_, 2008 at _10:00 am_; and

3. This Court's Order Granting Motion for Expedited Discovery, dated December 13, 2007, shall remain in force and effect until further order of this Court.

Dated: December 18, 2007

_____
Joan Humphrey Lefkow, USDJ

Agreed to in Substance and Form:

_____
Kevin M. Flynn
Counsel for Defendants

_____
Jennifer S. Diamond
Counsel for Plaintiff