AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. Commodity Futures Trading Commission,

V.

One World Capital Group, LLC and John Edward Walsh

CASE 07CV 7002
ASSIG JUDGE LEFKOW
MAGISTRATE JUDGE KEYS
DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

One World Capital Group, LLC
c/o Registered Agent
National Registered Agents,
200 W. Adams Street
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer S. Diamond, Senior Trial Attorney
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 13 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 13, 2007 |
| NAME OF SERVER (PRINT) Jay H. McCormack | TITLE Senior Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: One World Capital Group c/o Registered Agent, National Registered Agents 200 West Adams Street, Chicago, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0 — |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/2007       Jay McCormack
           Date                Signature of Server

           CFTC, 525 W. Monroe, Chgo
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.