In The United States District Court
For The Northern District Of Illinois
Eastern Division

| | |
|---|---|
| **Commodity Futures Trading Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **One World Capital Group, LLC** and **John Edward Walsh**, <br><br> Defendants. | Civil Action No. 07 CV 7002 <br><br> Judge Joan H. Lefkow <br><br> Magistrate Judge Keys |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Wednesday, January 16, 2008, the Commodity Futures Trading Commission filed electronically with the Clerk of the Court for the Northern District of Illinois, Return of Service of the Summons for Defendant One World Capital Group, LLC.

Date: January 16, 2008

Respectfully submitted,

s/ Jennifer S. Diamond
Jennifer S. Diamond
Trial Attorney (jdiamond@cftc.gov)
Illinois ARDC No. 6278482

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0549 (Diamond)
(312) 596-0714 (facsimile)

1

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney the Commodity Futures Trading Commission, does hereby certify that she caused a true and correct copy of the foregoing electronically filed Return of Service of the Summons for Defendant One World Capital Group, LLC to be served via U.S. Mail on January 16, 2008 to:

Kevin M. Flynn
*Attorney for Defendants*
Kevin M. Flynn & Associates
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601

*[signature: Cynthia Cannon]*
Cynthia Cannon
Paralegal Specialist