

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7002 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Commodity Futures Trading Commission vs. One World Capital Group, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing stricken. Plaintiff's motion for preliminary injunction [8] granted by consent. Enter Consent Order For Preliminary Injunction and Other Ancillary Relief Against Defendants One World Capital and John Edward Walsh. Status hearing is set for 3/4/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|