Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7002 | **DATE** | 2/14/2008 |
| **CASE TITLE** | Commodity Futures Trading Commission vs. One World Capital Group | | |

**DOCKET ENTRY TEXT**

Enter Stipulation and Order Amending the Consent Order for Preliminary Injunction and Other Ancillary Relief Against One World Capital Group and John Edward Walsh to Permit Limited Access to Funds for Payment of Business Expenses.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | MD |
|---|---|---|