In The United States District Court
For The Northern District Of Illinois
Eastern Division

| | |
|---|---|
| **Commodity Futures Trading Commission,** | Civil Action No. 07 CV 7002 |
| Plaintiff, | Judge Joan H. Lefkow |
| v. | Magistrate Judge Keys |
| **One World Capital Group, LLC** and **John Edward Walsh,** | |
| Defendants. | |

## STIPULATION +ORDER AMENDING THE CONSENT ORDER FOR PRELIMINARY INJUNCTION AND OTHER ANCILLARY RELIEF AGAINST ONE WORLD CAPITAL GROUP AND JOHN EDWARD WALSH TO PERMIT LIMITED ACCESS TO FUNDS FOR PAYMENT OF BUSINESS EXPENSES

Plaintiff, Commodity Futures Trading Commission ("CFTC"), and Defendants One World Capital Group, LLC, and John Edward Walsh, submit this Second Stipulation to Amend the Consent Order for Preliminary Injunction to permit limited access to certain funds subject to the asset freeze. All parties have agreed, through their undersigned counsel, to the entry of this Stipulation.

In support of its stipulation, the CFTC states the following:

1. On December 13, 2007, Plaintiff Commodity Futures Trading Commission ("Commission") filed a Complaint against Defendants, One World Capital Group, LLC ("One World") a futures commission merchant ("FCM") registered with the Commission that also acted as a forex dealer member ("FDM") of the National Futures Association ("NFA"), and One World's President, John Edward Walsh, seeking injunctive and other equitable relief for violations of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §§ 1 et seq. (2002) and the Commission Regulations promulgated thereunder, 17 C.F.R. §§ 1 et. seq. (2007). Also on December 13, 2007, the Court entered an *Ex Parte* Statutory Restraining Order against the

1

defendants. Pursuant to the *Ex Parte* Statutory Restraining Order, beginning on page 2, the assets of One World are subject to an asset freeze. On December 18, 2007, the parties entered an Agreed Order Extending the *Ex Parte* Statutory Restraining Order until February 7, 2008. On February 7, 2008, the Court entered a Consent Order for Preliminary Injunction and Other Ancillary Relief Against Defendants One World Capital Group and John Edward Walsh ("Consent Order for Preliminary Injunction"). Pursuant to the Consent Order for Preliminary Injunction, beginning on page 3, the assets of One World are subject to an asset freeze.

2. Defendants have requested a release of a limited amount of funds in order to maintain One World's office space for the month of February 2008.

**A. Business Expenses**

3. Defendants have represented to the CFTC that rental expenses to maintain the One World office space at 818 Elm Street in Winnetka, Illinois 60093 for the month of February 2008 are $2,025.

4. One World maintains an operating account at Harris Bank with the account number ending in 2887 that is titled "One World Capital Group, Operating Account" ("One World Harris Operating Account"). $2,025 in the One World Harris Operating Account shall be released from the asset freeze.

5. Defendants Walsh and One World, under review by the CFTC and the Court, are hereby directed to execute payment of $2,025 to Forte Real Estate, 300 Custer Avenue, Evanston, Illinois for rent for the month of February 2008 for 818 Elm Street Winnetka, Illinois.

6. Defendants Walsh and One World shall be obligated to provide evidence of the payments allowed under paragraph 5 to the CFTC within 24 hours of each such payment and to account for any balance remaining after payment of the allowed expenses.

7. No other assets shall be released or removed from the One World Harris Operating Account without express permission of the Court.

8. This stipulation shall remain in effect until further order of the Court.

It is hereby stipulated by and between the undersigned that Defendants shall be permitted access to $2,025 for the month of February 2008 for the sole purpose of maintaining the office space at 818 Elm Street, Winnetka, Illinois, subject to the above, and that $2,025 in the One

World Harris Operating Account ending in 2887 shall be released from the asset freeze of the Consent Order for Preliminary Injunction as described above. No other funds shall be released.

Dated: February 13, 2008

CONSENTED TO AND APPROVED BY:

| | |
|---|---|
| /s/ Kevin M. Flynn | /s/Jennifer S. Diamond |
| Kevin M. Flynn | Jennifer S. Diamond |
| Counsel for Defendants John Edward Walsh and One World Capital Group, LLC. | One of the Attorneys for the COMMODITY FUTURES TRADING COMMISSION |
| Kevin M. Flynn & Associates | 525 West Monroe Street, Suite 1100 |
| 77 West Wacker Drive, Suite 4800 | Chicago, Illinois 60661 |
| Chicago, Illinois 60601 | (312) 596-0549 |
| Telephone: 312.456.0240 | (312) 596-0714 (facsimile) |
| Fax: 312.444.1028 | *jdiamond@cftc.gov* |
| E-mail: kevin@kmflynnlaw.com | |

IT IS SO ORDERED.

Date: February __14__, 2008        _____
                                    The Honorable Joan H. Lefkow
                                    UNITED STATES DISTRICT JUDGE
                                    Northern District of Illinois

3

## Certificate of Service

The undersigned, an attorney with the Commodity Futures Trading Commission, certify that I caused to be served a copy of the **STIPULATION AMENDING THE CONSENT ORDER FOR PRELIMINARY INJUNCTION AND OTHER ANCILLARY RELIEF AGAINST ONE WORLD CAPITAL GROUP AND JOHN EDWARD WALSH TO PERMIT LIMITED ACCESS TO FUNDS FOR PAYMENT OF BUSINESS EXPENSES** via email, to the following listed party on February 13, 2008:

__/s/Jennifer S. Diamond___
Jennifer S. Diamond

## SERVICE LIST

Kevin M. Flynn
Counsel for Defendants John Edward Walsh and One World Capital Group, LLC.
Kevin M. Flynn & Associates
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
Telephone: 312.456.0240
Fax: 312.444.1028
E-mail: kevin@kmflynnlaw.com