## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Commodity Futures Trading Commission
                                    Plaintiff,

v.                                  Case No.: 1:07−cv−07002
                                    Honorable Joan H. Lefkow

One World Capital Group, LLC, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 19, 2008:


    MINUTE entry before Judge Joan H. Lefkow :Status hearing is reset from 3/4/2008 to 3/18/2008 at 10:00 AM by agreement.(mad, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.